UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DeANGELO JONES, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   NO. 3:16-cv-00614 )   CHIEF JUDGE CRENSHAW |
| ROBERTSON COUNTY BOARD OF EDUCATION, | ) ) ) |
|     Defendant. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 79). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

                                                WAVERLY D. CRENSHAW, JR.
                                                CHIEF UNITED STATES DISTRICT JUDGE